HOME OWNERS' LOAN CORPORATION, Respondent, *v.* OLIVER D. BURDEN, SR., et al., Appellants.

Submitted October 19, 1942; decided October 29, 1942.

*Francis R. Fuller* for motion.

*Oliver D. Burden, Sr.,* in person, opposed.

Motion granted and appeal dismissed with costs, and ten dollars costs of motion.

VICTOR S. EVERETT, Appellant, *v.* ELLIS L. PHILLIPS et al., Respondents, Impleaded with Others.

Submitted October 19, 1942; decided October 29, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 288 N. Y. 227.)

In the Matter of LACIDEM REALTY CORPORATION, Respondent, against MARK GRAVES et al., Constituting the State Tax Commission, Appellants.

Submitted October 19, 1942; decided October 29, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 288 N. Y. 354.)